

FILED
CLERK, U.S. DISTRICT COURT
JUN 13 2023
CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ADRIAN FIERROS,

Defendant.

Case No. 2:23-MJ-03001

**ORDER OF DETENTION**

[18 U.S.C. §§ 3148(b), 3143(a)]

On June 13, 2023, Defendant Adrian Fierros made his initial appearance following his arrest on a bench warrant issued on July 25, 2020, in the Southern District of Florida. Deputy Federal Public Defender Nadine Hettle was appointed to represent Defendant. A detention hearing was held.

The Court has reviewed the files and records in this matter, including the report prepared by the U.S. Pretrial Services Agency on June 13, 2023, and its recommendation of detention.

The Court has considered the allegations of Defendant's noncompliance with the conditions set for pretrial release (absconded from pretrial

supervision; failed to self-surrender; resided in Mexico for 2 years; employed in Mexico; conflicting passport information; pattern of similar conduct).

The Court finds, pursuant to 18 U.S.C.§ 3148(b), as follows: Clear and convincing evidence that Defendant has violated the conditions of his release. See Petition for action on conditions of pretrial release.

Having considered the factors set forth in 18 U.S.C. §3142(g), the court finds that there is no longer is any condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the community or to others if allowed to remain on bail pending future court proceedings.

The Court finds that there is now a change in circumstances which justifies reconsideration of the decision to allow Defendant to remain on release. The Court now finds that, under the current circumstances, clear and convincing evidence does not exist to show that the defendant is not likely to flee or pose a danger to the community or to others if allowed to remain on bail.

It is therefore ORDERED that Defendant Adrian Fierros is remanded to the custody of the U.S. Marshal to be transported to the United States District Court for the Southern District of Florida for further proceedings. Both government counsel and counsel for the Defendant are directed to follow up with government counsel in the charging district regarding the Defendant's next scheduled appearance, and the status of the Defendant's transportation to, and arrival in, the charging district for the appearance.

The Defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the

United States or on request of any attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined will deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.   See 18 U.S.C. § 3142(i).

Dated: June 13, 2023

*Patricia Donahue*
_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE